Marc Van Der Hout (California Bar # 80778)
Beth Feinberg (California Bar # 240857)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiff
Youhao CHEN (a.k.a. Yu How Chen)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Youhao CHEN (a.k.a. Yu How Chen)<br><br>    Plaintiff,<br><br>    v.<br><br>Janet NAPOLITANO, in her Official Capacity, Secretary, U.S. Department of Homeland Security; Michael AYTES, in his Official Capacity, Acting Deputy Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; Christina POULOS, in her Official Capacity, Director, California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; Eric HOLDER, in his Official Capacity, Attorney General, U.S. Department of Justice; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation<br><br>    Defendants. | Case No. C 08-4519 SBA<br><br>**STIPULATION TO DISMISS; ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice, in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's Immigrant Petition by Alien Entrepreneur (Form I-526 petition).  Each of the parties will bear their own fees and costs.

DATE:  February 20, 2009                    Respectfully submitted,

                                                                   MARC VAN DER HOUT
                                                                   BETH FEINBERG
                                                                   Van Der Hout, Brigagliano &
                                                                       Nightingale, LLP

                                                                   /s/
                                                                  BETH FEINBERG[1]
                                                                  Van Der Hout, Brigagliano &
                                                                       Nightingale, LLP

                                                                  Attorneys for Plaintiff

DATE: February 20, 2009                    GREGORY G. KATSAS
                                                                  DAVID J. KLINE
                                                                    VICTOR M. LAWRENCE
                                                                    GEOFFREY FORNEY
                                                                    Office of Immigration Litigation

                                                                  /s/
                                                                  GEOFFREY FORNEY
                                                                  Trial Attorney, District Court Section
                                                                  Office of Immigration Litigation

                                                                  Attorneys for Defendants

---

[1] I, Beth Feinberg, attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1
2                                    **ORDER**

3       Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby
    terminated.
4

5   DATE: 2/25/09   _/s/ Saundra B. Armstrong_
6                                                    SAUNDRA B. ARMSTRONG
7                                                    United States District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28